**280**

### Gerald A. STEIN, Appellant,

### v.

### Thomas Davis SCHNEIDER, Appellee.

Supreme Court of Pennsylvania.

May 18, 1994.

John Joergensen, Philadelphia, for G. Stein.

Thomas Schneider, pro se.

### *ORDER*

PER CURIAM.

**AND NOW,** this **18th** day of **MAY, 1994,** the transfer of appellant's appeal is refused and the matter returned to the Superior Court.

MONTEMURO, J., is sitting by designation as senior justice pursuant to Judicial Assignment Docket No. 94 R1800 due to the unavailability of LARSEN, J.; see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

### COMMONWEALTH of Pennsylvania, Appellant,

### v.

### Donald BROWN, Appellee.

Supreme Court of Pennsylvania.

May 19, 1994.

Ronald Eisenberg, Office of the Dist. Atty., Philadelphia, for the Com.

John Packel, Office of the Public Defender, Philadelphia, for D. Brown.

### *ORDER*

PER CURIAM.

**AND NOW,** this **19th** day of **MAY, 1994,** the appeal is quashed. This matter is transferred to Superior Court.

MONTEMURO, J., is sitting by designation as senior justice pursuant to Judicial Assignment Docket No. 94 R1800 due to the unavailability of LARSEN, J.; see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.